

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2018

No. 04-18-00231-CV

**IN RE ACCEPTANCE INDEMNITY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice
                  Irene Rios, Justice

The court's opinion in this mandamus action issued September 26, 2018. Thus, any motion for rehearing or motion for en banc reconsideration was due October 11, 2018. On the due date, real parties in interest, Agrestic I, LP and Tiberious, LLC, filed an unopposed motion for extension of time to file a motion for rehearing and motion for en banc reconsideration, asking for an additional twenty days in which to file such motions. After review, we granted the motion and ordered the real parties in interest to file their motion for rehearing and motion for en banc reconsideration, if any, on or before October 31, 2018. Then on November 1, 2018, the real parties in interest filed a second motion for extension of time to file a motion for rehearing and motion for en banc reconsideration, asking for an additional five days in which to file their motions. This time, the motion was opposed. The motion for rehearing and motion for en banc reconsideration were filed in this court on November 5, 2018. Accordingly, after review we **GRANT** the motion for extension of time and **ORDER** the motion for rehearing and motion for en banc reconsideration deemed filed.

We **order** the clerk of this court to serve a copy of this order on all counsel.

It is so **ORDERED** on this 7th day of November, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI14954, styled *Agrestic I, LP and Tiberius, LLC v. Acceptance Indemnity Insurance Company, Crawford & Company, and Danny Brown*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.